# Exhibit B

## AFFIDAVIT OF NON-SERVICE

| Case: 18-155-cv | Court: US District Court for the Western District of Michigan | County: | Job: 2444337 |
|---|---|---|---|
| **Plaintiff / Petitioner:** GRG Ventures, LLC d/b/a Games Room Guys, a Michigan limited liability company | | **Defendant / Respondent:** DBEC, LLC, a Wisconsin limited liability company | |
| **Received by:** Curtis Process Servers | | **For:** Keller & Almassian, PLC | |
| **To be served upon:** DBEC, LLC, a Wisconsin limited liability company | | | |

I, Gary L. Curtis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DBEC, LLC, a Wisconsin limited liability company, Home: 3700 E Elm Rd, Oak Creek, WI 53154
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint (Received Jul 10, 2018 at 12:00am CDT), Disclosure of Corporate Affiliations and Financial Interest (Received Jul 10, 2018 at 12:00am CDT), Exhibit A (Received Jul 10, 2018 at 12:00am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jul 12, 2018, 2:00 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
Wife states that subject was not presence after admitting that she was "going to get him." Wife took 10-15 minutes to respond back to server after initial contact.

2) Unsuccessful Attempt: Jul 14, 2018, 9:38 am CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer Vehicles present

3) Unsuccessful Attempt: Jul 16, 2018, 7:43 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer Vehicles Present

4) Unsuccessful Attempt: Jul 18, 2018, 3:20 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer Vehicles Present

5) Unsuccessful Attempt: Jul 20, 2018, 10:48 am CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer Vehicles Present

6) Unsuccessful Attempt: Jul 24, 2018, 4:45 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer Vehicles Present
Server concluded that subject is evading due to number of attempt, wife lack of diligence and response; and vehicles belong to subject

Additional attempts requested by client

7) Unsuccessful Attempt: Jul 26, 2018, 12:18 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer

8) Unsuccessful Attempt: Jul 27, 2018, 8:11 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer Vehicle present

9) Unsuccessful Attempt: Jul 30, 2018, 5:59 pm CDT at Home: 3700 E Elm Rd, Oak Creek, WI 53154
No Answer from subject. With these additional attempts, server again concludes that subject is evading due to attempt made, and vehicle being present.

_____  8/7/2018
Gary L. Curtis                Date

Curtis Process Servers
3846 W Wisconsin Ave Ste 101
Milwaukee, WI 53208
(414) 578-9345

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

MARIA G. REVELES-JIMENEZ
Notary Public
State of Wisconsin

08.07.18  _____
Date       Commission Expires

State of Wisconsin    County of Milwaukee