UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC,

       Plaintiff,                          Case No. 1:18-cv-00755-JTN-ESC

v.                                     Hon. Janet T. Neff

DBEC, LLC,

       Defendant.
_____/

## ORDER

       The Court being fully advised in the premises, Plaintiff's Verified Motion for alternative service (ECF No. 7) is GRANTED. Service on Defendant may be made by: (1) publishing in the manner provided by MCR 2.105(D) a notice in the form attached to the motion at Exhibit C (ECF No. 7-3) with a copy of this Order once each week for three consecutive weeks in the Milwaukee Journal Sentinel, which is located in Milwaukee, Wisconsin in Milwaukee County; and (2) first class mailing of the notice, this Order, and the summons and complaint to: DBEC, LLC, c/o David Bates, 3700 East Elm Road, Oak Creek, WI 53154. IT IS SO ORDERED.

       IT IS SO ORDERED.

Dated: August 15, 2018                       /s/ Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge