UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GRG Ventures, LLC d/b/a Game Room
Guys, a Michigan limited liability company,

   Plaintiff,          Case No. 18-755-cv

v.                 Hon. Janet T. Neff

DBEC, LLC, a Wisconsin limited liability
company,

   Defendant.

Nicholas S. Laue (P79260)
Keller & Almassian, PLC
Attorneys for Plaintiff
230 E. Fulton Street
Grand Rapids, MI 49503
(616) 364-2100

## PROOF OF SERVICE

STATE OF MICHIGAN  )
            ) ss.
COUNTY OF KENT   )

*Sarah J. Kuklewski* being first duly sworn deposes and says that she is employed by the law firm of KELLER & ALMASSIAN, PLC, of 230 East Fulton Street, Grand Rapids, Michigan 49503, attorney for the above-captioned Plaintiff, and that on August 15, 2018, she served a true copy of the following documents:

- **Notice to Defendant, DBEC, LLC of Alternative Service**
- **Court's Order approving Alternative Service**
- **Summons**
- **Complaint**

upon:

**DBEC, LLC**
c/o David Bates
3700 East Elm Road
Oak Creek, WI  53154

via **First Class Mail**

SUBSCRIBED AND SWORN TO before me this 15th of August, 2018.

/s/ Sarah J. Kuklewski
*Sarah J. Kuklewski*
Paralegal to Nicholas S. Laue, Esq.
KELLER & ALMASSIAN, PLC.
230 East Fulton Street
Grand Rapids, MI 49503
(616) 364-2100

/s/ Gayle Rebecca Greeley
Gayle Rebecca Greeley
Notary Public, Ottawa County, MI
Acting in Kent County, MI
My Commission Expires: 07/13/2020