UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GRG Ventures, LLC d/b/a Game Room
Guys, a Michigan limited liability company,

    Plaintiff,

v.

DBEC, LLC, a Wisconsin limited liability
company,

    Defendant.

Case No. 18-755-cv

Hon. Janet T. Neff

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING

Plaintiff, GRG Ventures, LLC d/b/a Game Room Guys, by and through its attorneys, and Defendant, DBEC, LLC, hereby stipulate and agree that Defendant's initial responsive pleadings shall be due on or before October 1, 2018.

Dated: September 7, 2018

/s/ Nicholas S. Laue
Nicholas S. Laue (P79260)
Keller & Almassian, PLC
Attorneys for Plaintiff
230 E. Fulton Street
Grand Rapids, MI 49503
(616) 364-2100

Dated: September 5, 2018

/s/ David Bates
DBEC, LLC
David Bates, Owner
3700 East Elm Road
Oak Creek Wisconsin