UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

v.

DBEC, LLC,

    Defendant.
_____/

Case No. 1:18-cv-755

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is a Stipulation for Extension of Time for Defendant to File Responsive Pleading (ECF No. 11). The Stipulation was signed by David Bates on behalf of Defendant. Mr. Bates appears to be the owner of the business, rather than an attorney representing Defendant. The Stipulation is ineffective because Mr. Bates cannot legally represent Defendant in federal court. "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984); *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir. 1970). Under this rule, Mr. Bates may not represent Defendant, nor can he file a stipulation on behalf of Defendant. Therefore,

**IT IS HEREBY ORDERED** that the Stipulation for Extension of Time for Defendant to File Responsive Pleading (ECF No. 11) is STRICKEN.

**IT IS FURTHER ORDERED** that Defendant has until October 2, 2018 to secure counsel to appear on its behalf and to file an answer or responsive pleading to the Complaint (ECF No. 1), or Plaintiff may seek an entry of default against Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on David Bates at the address set forth in the Stipulation.


Dated:  September 11, 2018        /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge