UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG Ventures, LLC,

    Plaintiff,

v.

DBEC, LLC,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:18-cv-755

## ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant DBEC, LLC failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff and in accordance with the rules of this court, default is hereby entered against defendant DBEC, LLC according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ N. Stimec

Date:  October 10, 2018        By: Deputy Clerk