

**Game Room Guys Plastic Web Pool Billiard Table Pockets - Set of 6** (View amazon detail page)



**ASIN:** B005ECU2M0
**Product Name:** Game Room Guys Plastic Web Pool Billiard Table Pockets - Set of 6
**Product ID:** 840639114736
**Product ID Type:** upc
**Manufacturer:** Game Room Guys
**Brand Name:** Game Room Guys
**Category (item-type):** billiard-table-pockets

**Marketplace:** US

**Competing Marketplace Offers**
2 New from $29.69 + $0.00 shipping

**Amazon Sales Rank:** 88,093

Vital Info     Variations     Offer     Compliance     Images     Description     Keywords

More Details

Exhibit 1(a)

**amazon services**
seller central

**Game Room Guys Set of 2 Pure USA Beeswax - 1 oz. Blocks** (View amazon detail page)

**ASIN:** B00ACNUDES
**Product Name:** Game Room Guys Set of 2 Pure USA Beeswax - 1 oz. Blocks
**Product ID:** 840639120904
**Product ID Type:** upc
**Manufacturer:** Game Room Guys
**Brand Name:** Game Room Guys
**Category (item-type):** pool-cues

**Marketplace:** US

**Competing Marketplace Offers**
2 New from $6.82 + $0.00 shipping

**Amazon Sales Rank:** 105,214

Vital Info      Variations      Offer      Compliance      Images      Description      Keywords

More Details

Exhibit 1 (c)

Case 1:18-cv-00755-JTN-ESC   ECF No. 19-1 filed 10/19/18   PageID.82   Page 3 of 6



amazon services
seller central

**Game Room Guys Set of 2 Plastic Bumper Pool Liners** (View amazon detail page)



**ASIN:** B004UBWFKI
**Product Name:** Game Room Guys Set of 2 Plastic Bumper Pool Liners
**Product ID:** 840639117355
**Product ID Type:** upc
**Manufacturer:** Game Room Guys
**Brand Name:** Game Room Guys
**Category (item-type):** pool-table-parts-and-accessories

**Marketplace:** US

**Competing Marketplace Offers**
2 New from $7.83 + $0.00 shipping

**Amazon Sales Rank:** 163,905

Vital Info    Variations    Offers    Compliance    Images    Description    Keywords

More Details

Exhibit 1(b)



Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Force1 RC Drone Kids Adults - "X5UW" WiFi FPV Drone Camera Live Vide… $98.99 ... $30.00
197

Ad feedback

Return to product information   Have one to sell?   Every purchase on Amazon.com is protected by an A-to-z guarantee.
eedback on this page? Tell us what you think



## Game Room Guys Plastic Web Pool Billiard Table Pockets - Set of 6
by Game Room Guys

▾ 43 customer reviews   Share ✉ 

Compare:   **Offers for this product**   Offers for this product and similar products

| refine by Clear all | Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|---|
| Shipping<br>☐ Free shipping<br><br>Condition<br>☑ New | $29.69<br>& FREE Shipping +<br>$0.00<br>estimated tax | New | - Arrives between October 5-11.<br>- Want it delivered Wednesday, October 3? Choose Local Express Shipping at checkout.<br>- Shipping rates and return policy. | Soda Bar Systems<br><br>80% positive over the past 12 months.<br>(56 total ratings) | Add to ca |
| | $29.99<br>& FREE Shipping +<br>$0.00<br>estimated tax | New | - Arrives between October 5-10.<br>- Ships from MI, United States.<br>- Shipping rates and return policy. | Game Room Guys<br><br>97% positive over the past 12 months.<br>(7,263 total ratings) | Add to ca |

Saved for later (6)

## Your recently viewed items and featured recommendations

Related to items you viewed


Taprite T742HP Primary High Pressure Double Gauge Mixed Gas


CueStix International Plastic Web Pocket for Pool Table (Set of 6)


Iszy Billiards 6 3/4-Inch H Web Plastic Pool Table Pockets-Set of 6, Black


Taprite T2216 1 X co2 Dual Gauge Regulator
105

Exhibit 2





Exhibit 3



Exhibit 4