UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

v.

DBEC, LLC,

    Defendant.
_____/

Case No. 1:18-cv-755

HON. JANET T. NEFF

## **ORDER**

On September 11, 2018, the Court entered an Order Striking the Stipulation for Extension for Time for Defendant to File Responsive Pleading (ECF No. 12). The stipulation was filed on behalf of Defendant DBEC, LLC by David W. Bates who does not appear to be an attorney. The stipulation was ineffective because Mr. Bates cannot legally represent Defendant DBEC, LLC in federal court. "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.,* 728 F.2d 334, 340 (6th Cir. 1984); *Ginger v. Cohn,* 426 F.2d 1385, 1386 (6th Cir. 1970). Under this rule, Mr. Bates may not represent Defendant DBEC, LLC, nor can he file an answer on behalf of Defendant DBEC, LLC.

The Court ordered Defendant to secure counsel to appear on its behalf and to file an answer or responsive pleading to the Complaint (ECF No. 1) on or before October 2, 2018, or Plaintiff may seek an entry of default against Defendant. Defendant failed to do so. On October 8, 2018, an Application for entry of default was filed (ECF No. 13), and default was entered as to Defendant DBEC, LLC on October 10, 2018 (ECF No. 17).

On October 19, 2018, an Answer to the complaint (ECF No. 19) was filed on behalf of Defendant DBEC, LLC by David W. Bates.  Because Defendant failed to comply with the Court's order, Defendant is presently in default.  Therefore, the Answer will be stricken.  Filings on behalf of Defendant must be made through legal counsel, not David Bates individually.

**IT IS HEREBY ORDERED** that the Answer to the complaint (ECF No. 19) is STRICKEN as default has entered (ECF No. 17).

Dated:  October 25, 2018                               /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge