UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

GRG Ventures, LLC d/b/a Game Room
Guys, a Michigan limited liability company,

         Plaintiff,

v.

DBEC, LLC, a Wisconsin limited liability
company,

         Defendant.

Case No. 18-755-cv

Hon. Janet T. Neff

---

Nicholas S. Laue (P79260)
Keller & Almassian, PLC
Attorneys for Plaintiff
230 E. Fulton Street
Grand Rapids, MI 49503
(616) 364-2100

---

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT, DBEC, LLC

Plaintiff, GRG Ventures, LLC d/b/a Game Room Guys ("Plaintiff"), by and through its attorney Keller & Almassian, PLC, pursuant to Rule 55 of the Federal Rules of Civil Procedure hereby moves for the entry of a default judgment against Defendant, DBEC, LLC, for the reasons more fully stated in its Brief in Support of its Motion for Entry of Default Judgment.

Respectfully Submitted,

Dated: October 30, 2018        KELLER & ALMASSIAN, PLC

/s/ Nicholas S. Laue
Nicholas S. Laue (P79260)
Keller & Almassian, PLC
Attorneys for Plaintiff

230 East Fulton Street
Grand Rapids, MI 49503
(616) 364-2100