UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

Honorable Janet Neff

District Court of Western Michigan
410 West Michigan Avenue
Room 107
Kalamazoo, MI 49007

Case No. 18-755-cv

November 1, 2018

Honorable Neff,

As previously stated via letter to the court, I, David Bates, never received an order stating that I was not allowed to represent myself. I would assume since this is a major order, and creates a large impact on this case, I would have been notified via phone conference or certified mail. I am not sure by which means I was supposed to have been notified of this order, but I can assure you I was not aware. I do not make it a habit of disobeying a court orders and will find the money, somehow, to get representation in this case if allowed. I have done nothing wrong to Game Room Guys and would like the court to hear my side. The letter I received, dated October 25, 2018, is the first correspondence I have received directly from the court. I will assume at this point the first notification was also by mail, but I am unsure if it was sent to the Plaintiff in error, or simply lost in our mail system since it did have to cross state lines. I would hate to see this case be determined unfairly due to critical communication never making its way to me. I hope you will consider extending this case to allow me to obtain representation and have this case fairly decided in court.

Sincerely,

David Bates

FedEx

ORIGIN ID:MKEA (414) 255-4432
DB ENTERTAINMENT SODA BAR SYSTEM
DBEC LLC
3700 EAST ELM ROAD

OAK CREEK, WI 531546618
UNITED STATES US

SHIP DATE: 01NOV18
ACTWGT: 0.50 LB MAN
CAD: 0688155/CAFE3211

BILL SENDER

TO HONORABLE JANET NEFF
DISTRICT COURT OF WESTERN MICHIGAN
410 WEST MICHIGAN AVENUE
ROOM 107
KALAMAZOO MI 49007

INV:
PO:
REF:
DEPT:

FedEx Express E

TRK# 0201 4573 9203 5769

FRI - 02 NOV 3:00P
STANDARD OVERNIGHT

XX HAIA

49007
MI-US GRR

B 5769 11.02
6 16:00
RT 338 ST 24

FedEx carbon-neutral envelope shipping

