UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

    Case No. 1:18-cv-755

v.

    HON. JANET T. NEFF

DBEC, LLC,

    Defendant.
_____/

## **ORDER**

The Court's September 11, 2018 and October 25, 2018 orders (ECF Nos. 12, 20) detail the posture of this case. On October 30, 2018, Plaintiff filed a Motion for Entry of Default Judgment (ECF No. 21). The motion is still pending. This matter is now before the Court on David Bates' November 1, 2018 letter (ECF No. 25), docketed as a response to the Court's October 25, 2018 order, requesting additional time to secure counsel on behalf of Defendant DBEC, LLC. The Court having reviewed the letter:

**IT IS HEREBY ORDERED** that Defendant has until November 28, 2018 to secure counsel to appear on its behalf, to file an answer or responsive pleading to the complaint, and to take any other appropriate action in this matter.

**IT IS FURTHER ORDERED** that Defendant, including David Bates, is placed on notice that failure to comply with this Order may result in default judgment being awarded in favor of Plaintiff and against Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on David Bates.


Dated: November 7, 2018   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge