UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

v.

                                                      Case No. 1:18-cv-755

DBEC, LLC,                                        HON. JANET T. NEFF

    Defendant.
_____/

## ORDER TO STRIKE

On February 20, 2019, Defendant filed its Answer to the complaint with affirmative defenses and jury demand (ECF No. 36).  Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under Fed. R. Civ. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response.  For this reason, the Answer is stricken.  Therefore,

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses and jury demand (ECF No. 36) is STRICKEN.  Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated: February 21, 2019                                       /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge