UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

                                                                  Case No. 1:18-cv-755

v.

                                                                  HON. JANET T. NEFF

DBEC, LLC,

    Defendant.

_____/

**ORDER SETTING PRE-MOTION CONFERENCE**

A pre-motion conference is scheduled for **April 30, 2019 at 11:00 a.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference, at which time a briefing schedule will be discussed.

    **IT IS SO ORDERED**.

Dated: March 26, 2019                                      /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge