UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:18-cv-755 | 4/30/2019 | 11:02 AM - 11:30 AM; 11:31 AM - 11:55 AM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiff: | Defendant: |
|---|---|
| GRG Ventures, LLC | DBEC, LLC |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Nicholas Scott Laue | Plaintiff |
| Amanda Marie-Anderson Osorio | Defendant |

### PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference (PMC) held regarding ECF No. 41; Order to issue; Rule 16 Scheduling Conference held; Case Management Order to issue.

Court Reporter: Kathy Anderson (PMC only; Rule 16 not recorded)
Clerk: Rita Buitendorp (PMC only)
Case Manager: Rick Wolters (Rule 16 only)