UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

Case No. 1:18-cv-755

v.

HON. JANET T. NEFF

DBEC, LLC,

    Defendant.
_____/

## CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| Motions to Join Parties or Amend Pleadings | MAY 28, 2019 |
| Rule 26(a)(1) Disclosures | MAY 21, 2019 |
| Completion of Non-Deposition/Written Discovery | JULY 29, 2019 |
| Joint Notice Due | AUGUST 5, 2019 |

1. JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS: All motions for joinder of parties and all motions to amend the pleadings must be filed by the date set forth in the table above.

2. DISCLOSURES AND EXCHANGES: The deadline for exchange of Rule 26(a)(1) disclosures is ordered as set forth in the table above.

3. DISCOVERY: All non-deposition/written discovery shall be completed no later than the date set forth in the table above, and shall not continue beyond this date absent further order of the Court. Discovery shall proceed regardless of the motions pending before this Court.

4. MOTIONS:

   a.     Non-dispositive

   Non-dispositive motions shall be filed in accordance with W.D. Mich. LcivR. 7.3. They may be referred to a magistrate judge, pursuant to 28 U.S.C. § 636(b)(1)(A). In accordance with 28 U.S.C. § 471 *et seq.*, it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion. *See* W.D. Mich. LcivR 7.1(d).

b. Dispositive

   i. Pre-Motion Conference

      (1) **A pre-motion conference with the Court is required before filing any dispositive motion**, except no pre-motion conference is required before filing a post-trial motion, a bankruptcy appeal, or a dispositive motion in a case referred to a magistrate judge.

      (2) To arrange a pre-motion conference, the movant shall file a Pre-Motion Conference Request, not to exceed three (3) pages, with a brief description of the grounds for such motion. Each party served with a Pre-Motion Conference Request must file a Response to Pre-Motion Conference Request within seven (7) days; the response shall not exceed three (3) pages. Opposition to requests for a pre-motion conference will not be considered.

      (3) At the pre-motion conference, the Court will determine a briefing schedule.

5. <u>JOINT NOTICE</u>: The parties shall, <u>not later than August 5, 2019</u>, file a joint notice setting forth the status of this case and any recommended proceedings, with justification for such.


Dated: April 30, 2019           /s/ Janet T. Neff
                                JANET T. NEFF
                                UNITED STATES DISTRICT JUDGE