# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

---

GRG Ventures, LLC d/b/a Game Room
Guys, a Michigan limited liability company,

      Plaintiff,

v.

DBEC, LLC, a Wisconsin limited liability company,

      Defendant.

Case No. 18-755-cv

Hon. Janet T. Neff

---

## JOINT NOTICE

The parties, by and through their respective counsel, pursuant to this Court's Order re Extension of Time and Joint Notice Due (Dkt. #53) and for their Joint Notice state as follows:

1. The parties have engaged in settlement negotiations but have not come to a resolution of this case.

2. Based on the nature of the settlement negotiations and the parties' current positions, Defendant is of the opinion that a Magistrate led settlement conference would not aid in the resolution of this matter and prefers to move forward with discovery. Plaintiff disagrees with Defendant's opinion and believes that a Magistrate led settlement will aid in the resolution of this matter in light of the monetary damages that are at issue in this case.

3. To the extent a Magistrate led settlement conference is not ordered, the parties anticipate needing the following discovery:

a. Expert Witness Disclosures. Defendant does not anticipate calling an expert witness;

   b. Expert Witness Reports; and

   c. Lay and Expert Depositions

4. The parties anticipate that they will need an additional 150 days to complete the above discovery.

|  |  |
|---|---|
|  | Respectfully submitted |
| Dated: September 5, 2019 | /s/ Amanda M. Osorio<br>Amanda M. Osorio (P79006)<br>Revision Legal, PLLC<br>Attorneys for Defendant<br>444 Cass St., Suite D<br>Traverse City, MI 49684<br>(231) 714-0100 |
| Dated: September 5, 2019 | /s/ Nicholas S. Laue<br>Nicholas S. Laue (P79260)<br>Keller & Almassian, PLC<br>Attorneys for Plaintiff<br>230 E. Fulton Street<br>Grand Rapids, MI 49503<br>(616) 364-2100 |