UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC,

      Plaintiff,                          Case No. 1:18–cv–755

v.                                     Hon. Janet T. Neff

DBEC, LLC,

      Defendant.
_____/

## ORDER

      This matter is before the Court on the parties' Joint Notice (ECF No. 57). The Court having reviewed the parties' submission: IT IS HEREBY ORDERED that counsel shall, not later than September 13, 2019, contact Magistrate Judge Ellen S. Carmody's chambers at (616) 456–2528 to schedule an early settlement conference for a date and time convenient to Magistrate Judge Ellen S. Carmody's schedule.

      IT IS SO ORDERED.

Dated: September 6, 2019                /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        Janet T. Neff United States District Judge