UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,                                              Case No. 1:18-cv-755

v.                                                      HON. JANET T. NEFF

DBEC, LLC,

    Defendant.
_____/

## ORDER

This matter is before the Court on the Motion to Withdraw as Counsel (ECF No. 63), seeking to permit Revision Legal, PLLC to withdraw as counsel of record for Defendant. The Court having reviewed the motion and found that there has been a breakdown of the attorney-client relationship, will grant the motion. In addition, Defendant DBEC, LLC is prohibited from proceeding *pro se*. "The rule of this circuit is that a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.,* 728 F.2d 334, 340 (6th Cir. 1984); *Ginger v. Cohn,* 426 F.2d 1385, 1386 (6th Cir. 1970). For this reason, Defendant DBEC, LLC will be required to obtain new counsel. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel (ECF No. 63) is GRANTED.

**IT IS FURTHER ORDERED** that withdrawing counsel shall immediately serve a copy of this Order on Defendant DBEC, LLC and file proof of service of same.

**IT IS FURTHER ORDERED** that Defendant DBEC, LLC shall, not later than <u>January 22, 2020</u>, secure counsel to appear on its behalf. If an appearance is not filed on behalf of Defendant DBEC, LLC by the above deadline, the Court will permit Plaintiff to move for an entry of default and for default judgment against Defendant DBEC, LLC.

**IT IS FURTHER ORDERED** that the January 9, 2020 Rule 16 Scheduling Conference is ADJOURNED without date pending further order of the Court.

Dated: December 23, 2019             /s/ Janet T. Neff
                                     JANET T. NEFF
                                     United States District Judge