UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRG VENTURES, LLC
d/b/a Game Room Guys,

    Plaintiff,

v.

                                                           Case No. 1:18-cv-755

DBEC, LLC,
                                                            HON. JANET T. NEFF

    Defendant.
_____/

**<u>ORDER</u>**

Pending before the Court are a Motion for extension of time to obtain new counsel (ECF No. 69), Plaintiff's Motion for Entry of Default Judgment (ECF No. 70), and Defendant's Pre-Motion Conference Request concerning an anticipated motion to set aside default (ECF No. 73).

Three days after the Motion for extension of time to obtain new counsel (ECF No. 69) was filed, an attorney appearance was entered on behalf of Defendant. For this reason, the Motion for extension is dismissed as moot. The Court determines that Defendant's Pre-Motion Conference Request (ECF No. 73) should also be dismissed as moot. According to the Court's Information and Guidelines, a pre-motion conference request is only required for certain dispositive motions. This requirement does not apply to non-dispositive motions, which appears to be what Defendant anticipates filing. The Court, upon review of the pending motions and the court record, will require Defendant to file a response to Plaintiff's Motion for Entry of Default Judgment (ECF No. 70). Accordingly:

**IT IS HEREBY ORDERED** that the Motion for extension of time to obtain new counsel (ECF No. 69) and Defendant's Pre-Motion Conference Request (ECF No. 73) are DISMISSED as moot.

**IT IS FURTHER ORDERED** that Defendant shall, not later than February 21, 2020, file its response to Plaintiff's Motion for Entry of Default Judgment (ECF No. 70).

Dated: February 7, 2020                                   /s/ Janet T. Neff
                                                                                            JANET T. NEFF
                                                                                            United States District Judge